# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv331

| | |
|---|---|
| GALAL DOSS, ) ) Plaintiff, ) ) vs. ) ) PHILIP KAZZI, ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on October 19, 2012. [Doc. 1]. On January 28, 2013, Plaintiff's counsel filed proof that the Defendant had been served with the Summons and Complaint on January 7, 2013 with Answer being due on January 28, 2013. [Doc. 4]. The Defendant failed to file Answer or to otherwise appear. The Plaintiff, however, has not moved for entry of default. The Court will therefore require the Plaintiff to show cause why this action should not be dismissed for failure to prosecute.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the Plaintiff shall file response as to why this action should not be dismissed for failure to prosecute. Should the Plaintiff file a Motion for Entry of Default within that same time period, the Plaintiff need not show cause.

Signed: February 5, 2013

Martin Reidinger
United States District Judge